IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DARRELL RODNEY, | ) |
|       Plaintiff, | ) |
| v. | )   Court No. 08 CV 1881 |
| UNION PACIFIC RAILROAD and, RANDALL WILLRETT, | ) |
|       Defendants. | ) |

### NOTICE OF DISMISSAL

NOW COMES the Plaintiff, DARRELL RODNEY, by and through his attorneys, GEORGE T. BRUGESS and HOEY & FARINA, P.C., and states as follows:

1. Defendant has not been served with summons.

2. Defendant has not served or filed an answer.

3. Defendant has not served or filed a motion for summary judgment.

4. This is not a class action.

5. No receiver has been appointed.

Therefore, pursuant to FRCP Rule 41(a)(1) Plaintiff dismisses this action, **TERMINATING CASE.**

Respectfully Submitted,

s/George T. Brugess
George T. Brugess
Attorney for Plaintiff

HOEY & FARINA, P.C.
542 South Dearborn Street
Suite 200
Chicago, Illinois 60605
312/939-1212